

FILED
CLERK, U.S DISTRICT COURT
SEP - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KADARA ALLENAN KILGO, <br> Defendant. | Case No. CR 10-0519 DMG <br><br> **ORDER OF DETENTION** <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of her probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) her lack of bail resources; (2) unverified background; (3) the instant allegations indicate that she is not amenable to supervision; and (4) defendant submitted to detention request.

and/or

1    B.    ( ) The defendant has not met his/her burden of establishing by clear and convincing
2        evidence that he/she is not likely to pose a danger to the safety of any other person or the
3        community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
4        on:_____
5        _____

6        IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7 further revocation proceedings.

8

9 Dated: _____Sept. 2_____, 2011.

10                                             _____
11                                              Fernando M. Olguin
                                              United States Magistrate Judge